Joseph A. KENNEDY, Plaintiff-Appellant,

v.

BREMERTON SCHOOL DISTRICT, Defendant-Appellee.

No. 16-35801

United States Court of Appeals, Ninth Circuit.

Filed January 25, 2018

D.C. No. 3:16-cv-05694-RBL

Before: DOROTHY W. NELSON, MILAN D. SMITH, JR., and MORGAN CHRISTEN, Circuit Judges.

## ORDER

Judges M. Smith and Christen have voted to deny the petition for rehearing en banc, and Judge Nelson so recommends. A judge of the court called for a vote on the petition for rehearing en banc. A vote was taken, and a majority of the non-recused active judges of the court failed to vote for en banc rehearing. Fed. R. App. P. 35(f). The petition for rehearing en banc is **DENIED.**